UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BERNADETTE DACCACHE,<br><br>　　Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET,<br><br>　　Defendant. | Case No. 2:24-cv-00423-GMN-NJK<br><br>**Order** |

    Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Both parties have failed to do so. Accordingly, each party must file its certificate of interested parties no later than March 8, 2024.

    IT IS SO ORDERED.

    Dated: March 5, 2024

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge