# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BERNADETTE DACCACHE,<br><br>　　Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, INC.,<br><br>　　Defendant. | Case No. 2:24-cv-00423-GMN-NJK<br><br>**Order** |

　　This case was removed to this Court on diversity grounds. *See* Docket No. 1. On March 11, 2024, the Court ordered Plaintiff to file an amended certificate of interested parties to fully identify the citizenship attributed to her. *See* Docket No. 11. To date, Plaintiff fails to fully identify the citizenship attributed to her for the purpose of diversity jurisdiction. *See* Docket No. 12.

　　To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] "An individual is a citizen of the state in which [she] is domiciled; domicile is determined by an individual's 1) residence in a state, and 2) [her] intent to remain indefinitely." *Boon v. Allstate Ins. Co.*, 229 F.Supp.2d 1016, 1019 (C.D. Cal. 2002) (citing *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001)). Here, Plaintiff's amended certificate of interested parties fails to fully identify the citizenship attributed to her. *See* Docket No. 12.

---

[1] This federal rule became effective on December 1, 2022.

1

Accordingly, Plaintiff must file an amended certificate of interested parties by March 15, 2024, fully identifying the citizenship attributed to her. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: March 13, 2024

Nancy J. Koppe
United States Magistrate Judge