# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BERNADETTE DACCACHE,

    Plaintiff,

v.

SPROUTS FARMERS MARKET, INC.,

    Defendant.

Case No. 2:24-cv-00423-GMN-NJK

**SCHEDULING ORDER**

[Docket No. 18]

Pending before the Court is the parties' proposed discovery plan.  Docket No. 18.  The discovery period is calculated from the date the first defendant answered or otherwise appeared.  Local Rule 26-1(b)(1).  Without explanation, the discovery plan calculates the discovery period from the date of the Rule 26(f) conference.  Docket No. 18 at 2.  Accordingly, the discovery plan is **DENIED**.  The case management deadlines will be calculated from the date of Defendant's answer, so deadlines are hereby **SET** as follows:

- Initial disclosures:  May 10, 2024
- Amend pleadings/ add parties:  June 19, 2024
- Initial experts:  July 19, 2024
- Rebuttal experts:  August 19, 2024
- Discovery cutoff:  September 17, 2024
- Dispositive motions:  October 17, 2024
- Joint proposed pretrial order:  November 18, 2024, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: May 3, 2024

                                                                                         Nancy J. Koppe
                                                                                       United States Magistrate Judge