Jack P. Burden, Esq.
Nevada State Bar No. 6918
Lisa Szyc, Esq.
Nevada State Bar No. 11726
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
JBurden@backuslaw.com
LisaSzyc@backuslaw.com
DallinKnecht@backuslaw.com
*Attorneys for Defendant*
*Sprouts Farmers Market, Inc.*
*Incorrectly named as Sprouts*
*Farmers Market, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BERNADETTE DACCACHE, an individual. <br><br> Plaintiff, <br> vs. <br><br> SPROUTS FARMERS MARKET, a foreign limited-liability company; DOES I through X; and ROE CORPORATIONS I- through X, inclusive, <br><br> Defendants. | 2:24-cv-00423-GMN-NJK <br><br> **MOTION TO REMOVE DALLIN KNECHT, ESQ. AS COUNSEL OF RECORD FOR DEFENDANT SPROUTS FARMERS MARKET, INC** |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Defendant, **SPROUTS FARMERS MARKET, INC**. INCORRECTLY NAMED AS SPROUTS FARMERS MARKET, LLC "SPROUTS", by and through its counsel of record, JACK P. BURDEN, ESQ. and LISA SZYC, ESQ. of BACKUS | BURDEN hereby provide notice that DALLIN KNECHT, ESQ. is no longer affiliated with the law firm of BACKUS | BURDEN and thus will no longer be associated as counsel of record for Defendant SPROUTS in this matter.

As such, Defendant SPROUTS respectfully moves this Honorable Court for an Order removing DALLIN KNECHT, ESQ. as counsel of record in this matter with all parties to update their respective service lists, accordingly.

JACK P. BURDEN, ESQ. and LISA SZYC, ESQ. of BACKUS | BURDEN will continue to serve as counsel of record for SPROUTS in this action.

All items including, but not limited to, pleadings, papers, correspondence, documents, and future notices in this action shall continue to be directed to, and served on JACK P. BURDEN, ESQ. and LISA SZYC, ESQ. of BACKUS | BURDEN as counsel of record for Defendant SPROUTS.

DATED: This 8th day of May, 2024

**BACKUS | BURDEN**

_____/s/ Jack P. Burden_____
Jack P. Burden, Esq.
Lisa Szyc. Esq.
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant Sprouts Farmers Market, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 10, 2024

2