1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  Lisa M. Szyc, Esq.
   Nevada State Bar No. 11726
3  **BACKUS | BURDEN**
4  3050 South Durango Drive
   Las Vegas, NV 89117
5  T: (702) 872-5555
   F: (702) 872-5545
6  JBurden@backuslaw.com
7  LisaSzyc@backuslaw.com
   *Attorneys for Defendant*
8  *Sprouts Farmers Market, Inc.*
   *Incorrectly named as Sprouts*
9  *Farmers Market, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BERNADETTE DACCACHE, an individual. | 2:24-cv-00423-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | *First Request* |
| SPROUTS FARMERS MARKET, a foreign limited-liability company; DOES I through X; and ROE CORPORATIONS I-through X, inclusive, | |
| Defendants. | |

In accordance with Local Rules of Practice for the United States District Court for the District of Nevada ("LR") 26-3, Defendant Sprouts Farmers Market ("Defendant"), by and through its counsel of record, the law firm of BACKUS | BURDEN, and Plaintiff Bernadette Daccache ("Plaintiff"), by and through her counsel of record, MAIER GUTIERREZ & ASSOCIATES, hereby stipulate and agree to an extension of all remaining discovery deadlines by sixty (60) days. The parties propose the following revised discovery plan:

///

///

///

Pursuant to Local Rule 6-1, the Parties hereby aver that this is the first such discovery extension requested in this matter.

## I.
## DISCOVERY COMPLETED TO DATE

1. Plaintiff served her Initial Disclosure on May 14, 2024

2. Defendant served its Initial Disclosure on May 10, 2024;

3. Plaintiff served her first set of request for admissions to Defendant on May 14, 2024

4. Plaintiff served her first set of request for production of documents on May 14, 2024

5. Plaintiff served her first set of request for interrogatories on May 14, 2024.

## II.
## DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY

Discovery to be completed includes:

1. Written Discovery by Defendant to Plaintiff

2. Deposition of Plaintiff

3. Deposition of Defendant's FRCP 30(b)(6) representative(s).

3. Depositions of fact witnesses.

4. Depositions of Plaintiff's treating medical providers.

5. Depositions of Defendant's employees.

6. FRCP 26(a)(2) designation of initial and rebuttal expert witnesses.

7. Depositions of initial and rebuttal expert witnesses.

Additional written discovery and depositions as the Parties deem necessary.

The Parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested extension.

Further, the Parties wish to investigate this case by conducting additional depositions of important witnesses prior to initial expert disclosures in an effort to determine if resolution of this matter may be reached prior to incurring fees and costs associated with disclosing experts and their respective opinions.

///

///

# III.
# REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN TIME SET BY DISCOVERY PLAN

This request made in good faith. Counsel for Plaintiff has already made preliminary contact with their expert and had learned that during the current discovery settings, Plaintiff's expert will be unable to meet the deadlines. Plaintiff's expert will be out of the jurisdiction, out of the country on a pre-planned prepaid vacation. As such, Plaintiff's expert will not be able to meet the currently set expert disclosure deadline. Upon learning this information, there was a discussion between counsel for both parties, and the underlying stipulation was reached to extend the deadlines for 60 days to allow Plaintiff the opportunity to fully prosecute her claims. As such, the parties agree to extend discovery deadlines for sixty (60) days. The parties have entered into this agreement in good faith and not for purposes of delay.

# IV.
# DISCOVERY DEADLINES

| | |
|---|---|
| Discovery cutoff: | September 17, 2024 |
| Amending the pleadings or adding parties: | June 19, 2024 |
| Initial expert disclosures: | July 19, 2024 |
| Rebuttal expert disclosures: | August 19, 2024 |
| Dispositive motions: | October 17, 2024 |
| Joint Pre-Trial Order, if no Dispositive Motions: | November 18, 2024 |

# VII.
# [PROPOSED] NEW DISCOVERY DEADLINES

| | |
|---|---|
| Discovery cutoff: | November 18, 2024 |
| Amending the pleadings or adding parties: | ~~August 19, 2024~~ **CLOSED.** *See* LR 26-3. |
| Expert disclosures: | September 17, 2024 |
| Rebuttal expert disclosures | October 18, 2024 |
| Dispositive motions: | December 16, 2024 |

3

Joint Pre-Trial Order, if no Dispositive Motions        January 17, 2025

DATED this 18th day of July 2024.        DATED this 18th day of July, 2024.

__/s/ *Stephen Clough*_____        __/s/: *Lisa M. Szyc*_____
Joseph A. Gutierrez, Esq        Jack P. Burden, Esq.
Stephen G. Clough, Esq.        Lisa M. Szyc, Esq.
Maier Gutierrez & Associates        Backus | Burden.
8816 Spanish Ridge        3050 S. Durango Dr.
Las Vegas, Nevada 89148        Las Vegas, Nevada 89117

**ORDER**

IT IS SO ORDERED.

Dated: July 19, 2024

_____
United States Magistrate Judge

4