Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
JBurden@backuslaw.com
LisaSzyc@backuslaw.com
*Attorneys for Defendant*
*Sprouts Farmers Market, Inc.*
*Incorrectly named as Sprouts*
*Farmers Market, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BERNADETTE DACCACHE, an individual.<br><br>                           Plaintiff,<br>     vs.<br><br>SPROUTS FARMERS MARKET, a foreign limited-liability company; DOES I through X; and ROE CORPORATIONS I- through X, inclusive,<br><br>                           Defendants. | 2:24-cv-00423-GMN-NJK<br><br>**ORDER TO EXTEND TIME TO FILE DISMISSAL WITH PREJUDICE** |

Pursuant to the Order of April 8, 2025, Defendant Sprouts Farmers Market ("Defendant"), by and through its counsel of record, the law firm of BACKUS | BURDEN, and Plaintiff Bernadette Daccache ("Plaintiff"), by and through her counsel of record, MAIER GUTIERREZ & ASSOCIATES, hereby stipulate and agree to an extension of thirty (30) days to submit the Stipulation and Order for Dismissal With Prejudice.

/ / /

/ / /

/ / /

The basis for the extension is to allow for plaintiff's counsel to retrieve and produce the Medicare lien contingent upon final resolution of this matter.

DATED: May 5, 2025.                                   DATED : May 5, 2025.

__/s/___Will Gonzalez_____                        __/s/: Jack P. Burden_____
Joseph A. Gutierrez, Esq                              Jack P. Burden, Esq.
Will Gonzalez, Esq.                                   Jacquelyn Franco, Esq.
Maier Gutierrez & Associates                          Backus | Burden.
8816 Spanish Ridge                                    3050 S. Durango Dr.
Las Vegas, Nevada 89148                               Las Vegas, Nevada 89117
Attorneys for Plaintiff                               Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: May 12, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2