Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**Backus | Burden**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
JBurden@backuslaw.com
JacquelynFranco@backuslaw.com
*Attorneys for Defendant*
*Sprouts Farmers Market, Inc.*
*Incorrectly named as Sprouts*
*Farmers Market, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BERNADETTE DACCACHE, an individual.<br><br>Plaintiff,<br>vs.<br><br>SPROUTS FARMERS MARKET, a foreign limited-liability company; DOES I through X; and ROE CORPORATIONS I-through X, inclusive,<br><br>Defendants. | 2:24-cv-00423-GMN-NJK<br><br>**Stipulation and Order to Extend Time to File Dismissal With Prejudice**<br><br>**Second Request** |

Pursuant to the Order of April 8, 2025, Defendant Sprouts Farmers Market ("Defendant"), by and through its counsel of record, the law firm of Backus | Burden, and Plaintiff Bernadette Daccache ("Plaintiff"), by and through her counsel of record, MAIER GUTIERREZ & ASSOCIATES, hereby stipulate and agree to an additional extension of forty-five (45) days from June 5, 2025 (or up to and including the next business day of July 21, 2025) to submit the Stipulation and Order for Dismissal With Prejudice.

/ / /

/ / /

The basis for the extension is to allow for plaintiff's counsel to retrieve and produce the Medicare lien contingent upon final resolution of this matter. Plaintiff has been diligent in getting the appropriate Medicare lien but such lien is still being processed on Medicare's end.

DATED: June 5, 2025.                                              DATED : June 5, 2025.

 /s/  Will Gonzales                                                      /s/: Jack P. Burden
Joseph A. Gutierrez, Esq                                          Jack P. Burden, Esq.
Will Gonzales, Esq.                                                  Jacquelyn Franco, Esq.
Maier Gutierrez & Associates                                   Backus | Burden.
8816 Spanish Ridge                                                  3050 S. Durango Dr.
Las Vegas, Nevada 89148                                        Las Vegas, Nevada 89117
Attorneys for Plaintiff                                                Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

Dated: June 6, 2025

Nancy J. Koppe
United States Magistrate Judge