Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
JBurden@backuslaw.com
JacquelynFranco@backuslaw.com
*Attorneys for Defendant*
*Sprouts Farmers Market, Inc.*
*Incorrectly named as Sprouts*
*Farmers Market, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BERNADETTE DACCACHE, an individual. | 2:24-cv-00423-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE DISMISSAL WITH PREJUDICE** |
| vs. | |
| SPROUTS FARMERS MARKET, a foreign limited-liability company; DOES I through X; and ROE CORPORATIONS I-through X, inclusive, | **THIRD REQUEST** |
| Defendants. | |

Pursuant to the Order of April 8, 2025, Defendant Sprouts Farmers Market ("Defendant"), by and through its counsel of record, the law firm of BACKUS | BURDEN, and Plaintiff Bernadette Daccache ("Plaintiff"), by and through her counsel of record,   MAIER GUTIERREZ & ASSOCIATES, hereby stipulate and agree to an additional extension of forty-five (45) days from July 14, 2025 (or up to and including the next business day of September 4, 2025)  to submit the Stipulation and Order for Dismissal With Prejudice.

/ / /

/ / /

The basis for the extension is to allow for plaintiff's counsel to retrieve and produce the Medicare Advantage Lien contingent upon final resolution of this matter. Plaintiff has been diligent in getting the appropriate Medicare Advantage Lien but such lien is still being processed on Medicare Advantage's end.

DATED: July 18, 2025.

__/s/__ Will Gonzales_____
Joseph A. Gutierrez, Esq
Will Gonzales, Esq.
Maier Gutierrez & Associates
8816 Spanish Ridge
Las Vegas, Nevada 89148
Attorneys for Plaintiff

DATED : July 18, 2025.

__/s/: Jack P. Burden_____
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
Backus | Burden.
3050 S. Durango Dr.
Las Vegas, Nevada 89117
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.
Dated: July 21, 2025

Nancy J. Koppe
United States Magistrate Judge