1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BERNADETTE DACCACHE, an individual.<br><br>       Plaintiff,<br> vs.<br><br>SPROUTS FARMERS MARKET, a foreign limited-liability company; DOES I through X; and ROE CORPORATIONS I-through X, inclusive,<br><br>       Defendants. | 2:24-cv-00423-GMN-NJK<br><br>**ORDER TO EXTEND TIME TO FILE DISMISSAL WITH PREJUDICE**<br><br>**FOURTH REQUEST** |

Pursuant to the Order of April 8, 2025, Defendant Sprouts Farmers Market ("Defendant"), by and through its counsel of record, the law firm of BACKUS | BURDEN, and Plaintiff Bernadette Daccache ("Plaintiff"), by and through her counsel of record, MAIER GUTIERREZ & ASSOCIATES, hereby stipulate and agree to an additional extension of twenty-one (21) days from 09/04/2025 (or up to and including the next business day of September 25, 2025) to submit the Stipulation and Order for Dismissal With Prejudice.

/ / /

/ / /

/ / /

The additional 21 days will allow the parties to execute the Settlement documents and complete the disbursement of funds.

DATED: September  4    , 2025.               DATED : September  3    , 2025.

__/s/   Stehen G. Clough_____           __/s/  Jack P. Burden_____
Stephen G. Clough, Esq                       Jack P. Burden, Esq.
Will Gonzales, Esq.                          Jacquelyn Franco, Esq.
Maier Gutierrez & Associates                 Backus | Burden.
8816 Spanish Ridge                           3050 S. Durango Dr.
Las Vegas, Nevada 89148                      Las Vegas, Nevada 89117
Attorneys for Plaintiff                      Attorneys for Defendant

<u>**ORDER - 2:24-cv-00423-GMN-NJK**</u>

**IT IS SO ORDERED**.

Dated: September 4, 2025

_____
Nancy J. Koppe
United States Magistrate Judge