Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
JBurden@backuslaw.com
*Attorneys for Defendant*
*Sprouts Farmers Market, Inc.*
*Incorrectly named as Sprouts*
*Farmers Market, LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BERNADETTE DACCACHE, an individual. | 2:24-cv-00423-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER  RR DISMISSAL WITH PREJUDICE** |
| vs. | |
| SPROUTS FARMERS MARKET, a foreign limited-liability company; DOES I through X; and ROE CORPORATIONS I- through X, inclusive, | |
| Defendants. | |

Plaintiff **BERNADETTE DACACCHE**, by and through her counsel of record William A. Gonzales, Esq. and Joseph A. Gutierrez, Esq. of MAIER GUTIERREZ & ASSOCIATES and Defendant **SPROUTS FARMERS MARKET, INC**., by and through its counsel of record Jack P. Burden, Esq. of BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been  brought and/or could have been brought in the above titled litigation with prejudice.

This dismissal does completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

1

2                                                            Case No.2:24-cv-00423-GMN-NJK

3        This stipulation is entered into in good faith, in the interests of judicial economy and not for

4    the purpose of delay.

5    DATED: September 22, 2025.              DATED: _____, 2025.

6    **MAIER GUTIERREZ & ASSOCIATES**       **BACKUS | BURDEN**

7    _____                /s/: _____
     Joseph A. Gutierrez, Esq               Jack P. Burden Esq.
8    William A. Gonzales, Esq.              Jacquelyn Franco, Esq.
     8816 Spanish Ridge                     3050 S. Durango Dr.
9    Las Vegas, Nevada 89148                Las Vegas, Nevada 89117
     wag@mgalaw.com                         JBurden@backuslaw.com
10   jag@mgalaw.com

11

12                      **ORDER - 2:24-cv-00423-GMN-NJK**

13        IT IS SO ORDERED.

14

15   Dated this 25 day of September, 2025.

16                                          _____
                                           Gloria M. Navarro, District Judge
17                                         United States District Court

18

19

20

21

22

23

24

25

26

27

28

                                          2